NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1299, -1347

HYNIX SEMICONDUCTOR INC.,
HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD.,
and HYNIX SEMICONDUCTOR DEUTSCHLAND GMBH,

Plaintiffs-Appellants,

v.

RAMBUS INC.,

Defendant-Cross Appellant.

Appeal from the United States District Court Northern District of California
in case no. 00-CV-20905, Senior Judge Ronald M. Whyte.

ON MOTION

Before GAJARSA, Circuit Judge.

ORDER

Nanya Technology Corporation and Nanya Technology Corporation USA (Nanya) and Samsung Electronics Co., Ltd. each move for leave to file a brief amicus curiae. Rambus Inc. opposes and requests that, if the court grants the motions, the court permit Rambus to file a principal brief containing up to 18,500 words and grant Rambus a 14-day extension of time, until December 7, 2009, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motions for leave to file briefs amicus curiae are granted.

(2)    Rambus's motion for leave to exceed the word limitation is denied.

(3)    Rambus's motion for an extension of time is granted.

FOR THE COURT

SEP 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Walter Dellinger, Esq.
Michael J. Schaengold, Esq.
Matthew D. Powers, Esq.
Robert E. Freitas, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 3 0 2009

JAN HORBALY
CLERK

2009-1299, -1347                    2